

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00280-CR

Justin Dallas **ARRIOLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2015-04-12554-CR
Honorable Camile Glasscock Dubose, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: October 21, 2020

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We therefore grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH